**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MARTHA LOUIS MACY
O/B/O TIMOTHY D. MACY,**

      **Plaintiff,**

                                     **Case No. 2:15-cv-770**
   **v.**                                       **JUDGE GREGORY L. FROST**
                                     **Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' September 25, 2015 Joint Stipulation to Remand to the Commissioner.  (ECF No. 14.)  Construing the stipulation as a joint motion, the Court **GRANTS** the motion and **REMANDS** the case pursuant to Sentence Four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act.  The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

      **IT IS SO ORDERED.**

                                                      /s/   Gregory L. Frost
                                                 GREGORY L. FROST
                                                 UNITED STATES DISTRICT JUDGE